PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jenifer Devine                                          Cr.: 11-00613-001
                                                                          PACTS #: 59972

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/11/2012

Original Offense:   18 U.S.C. § 1343; Wire Fraud

Original Sentence: Imprisonment - 37 Months; Supervised Release – 3 years

Special Conditions: Alcohol and Drug Testing/Treatment, Mental Health Treatment, No New Debt/Credit, Employment Requirements/Restrictions

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/20/13

## STATUS REPORT

**U.S. Probation Officer Action:**

On January 11, 2012, the above-named offender was sentenced by Your Honor to 37 months imprisonment to be followed by a three year term of supervised release for Wire Fraud. Devine was ordered to pay a $100 special assessment, $1,998,188.75 in restitution, and abide by the special conditions of mental health treatment, alcohol/drug testing and treatment, self-employment/business disclosure, no new debt restrictions, and DNA testing (satisfied January 13, 2012).

Ms. Devine currently resides in Hazlet, New Jersey. She is enrolled as a full time student with Rasmussen College - online based program. We believe that Ms. Devine has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $11,169.00 towards her restitution obligation. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

Recommendation: It is respectfully requested that Your Honor take no further action and allow Ms. Devine's term of supervision to expire as scheduled on September 19, 2016.

Respectfully submitted,

*Elisa Martinez*

By: Elisa Martinez
Senior U.S. Probation Officer
Date: 06/28/2016

Prob 12A – page 2
Jenifer Devine

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Supervision to Expire as Scheduled on September 19, 2016

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

July 27, 2016
_____
Date